UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY ADDISON** | **CIVIL ACTION** |
| **VERSUS** | **NOS. 07-3069** |
| **STATE OF LOUISIANA, ET AL** | **SECTION "B"(2)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Larry Addison for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be and the same is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE